IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **DANTZLER, INC.,**<br><br>    Plaintiff,<br><br>v.<br><br>**HUBERT MOORE LUMBER COMPANY, INC., WILBUR STANLEY MOORE,** individually and as guarantor, **NORMA MOORE GASKINS,** individually and as guarantor, **JOAN MOORE DRAWDY,** individually and as guarantor, and **DUPONT PINE PRODUCTS, LLC,**<br><br>    Defendants. | Civil Action No. 7:13-CV-56 (HL) |

## ORDER

This case is before the Court on Counter-Defendant's Motion to Dismiss Counter-Plaintiffs HLMC's and the Shareholders' Counterclaims (Doc. 28) and the Counter-Defendant's Motion to Dismiss Counter-Plaintiff Dupont Pine's Counterclaims (Doc. 29). Both motions have been rendered moot by Counter-Plaintiffs' amended counterclaims. Pintando v. Miami-Dade Housing Agency, 501 F.3d 1241, 1243 (11th Cir. 2007) ("As a general matter, an amended pleading supersedes the former pleading; the original pleading is abandoned by the amendment, and is no longer a part of the pleader's averments against his adversary.") (quotation omitted). The Court will consider the pending motions to dismiss the amended counterclaims in the near future.

**SO ORDERED**, this the 21st day of August, 2013.

                                          *s/Hugh Lawson*_____
                                          **HUGH LAWSON, SENIOR JUDGE**

mbh