# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **DANTZLER, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**HUBERT MOORE LUMBER COMPANY, INC., WILBUR STANLEY MOORE,** individually and as guarantor, **NORMA MOORE GASKINS,** individually and as guarantor, **JOAN MOORE DRAWDY,** individually and as guarantor, and **DUPONT PINE PRODUCTS, LLC,**<br><br>Defendants. | Civil Action No. 7:13-CV-56 (HL) |

## ORDER

On October 11, 2013, in the United States Bankruptcy Court for the Middle District of Georgia, Valdosta Division, Hubert Moore Lumber Company, Inc. filed a Voluntary Petition for protection under Chapter 7 of the United States Bankruptcy Code. Hubert Moore Lumber Company, Inc. filed a suggestion of bankruptcy in this case on October 11, 2013.

11 U.S.C. § 362(a)(1) provides that all judicial proceedings against the debtor are automatically stayed. Accordingly, the case is stayed as to Hubert Moore Lumber Company until there is a ruling from the bankruptcy court lifting the stay.

The Court would like to hear from the remaining parties as to how they believe the case should proceed in light of the automatic stay with respect to Hubert Moore Lumber Company. In particular, the Court is interested in whether the case should be stayed in its entirety until the bankruptcy matter is resolved. The parties are to report back to the Court in writing no later than October 25, 2013.

**SO ORDERED**, this the 17th of October, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh