IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **DANTZLER, INC.,**<br><br>　　Plaintiff,<br><br>v.<br><br>**HUBERT MOORE LUMBER COMPANY, INC., WILBUR STANLEY MOORE, individually and as guarantor, NORMA MOORE GASKINS, individually and as guarantor, JOAN MOORE DRAWDY, individually and as guarantor, and DUPONT PINE PRODUCTS, LLC,**<br><br>　　Defendants. | Civil Action No. 7:13-CV-56 (HL) |

**ORDER**

On October 11, 2013, Hubert Moore Lumber Company filed for bankruptcy. The Court then entered an order staying this case as to the Company. As part of the stay order, the Court asked the remaining parties for their opinion as to whether the case should be stayed in its entirety until the bankruptcy matter is resolved. The parties have responded as ordered, and have all requested that the case be stayed until the bankruptcy is finally resolved. The Court agrees that judicial economy is best served by staying the case, and it is therefore ordered that this case is stayed in its entirety until further order of the Court. Counsel for Hubert Moore Lumber Company is ordered to file a report as to the status of the bankruptcy proceedings no later than January 28, 2014.

**SO ORDERED**, this the 31st of October, 2013.

　　　　　　　　　　　　　　　　　　*s/ Hugh Lawson*
mbh　　　　　　　　　　　　　　　**HUGH LAWSON, SENIOR JUDGE**