IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **DANTZLER INC.**,<br><br>　　Plaintiff,<br><br>v.<br><br>**HUBERT MOORE LUMBER COMPANY, INC., WILBUR STANLEY MOORE,** individually and as guarantor, **NORMA MOORE GASKINS**, individually and as guarantor, **JOAN MOORE DRAWDY**, individually and as guarantor, **DUPONT PINE PRODUCTS, LLC**,<br><br>　　Defendants. | Civil Action No. 7:13-CV-56 (HL) |

## ORDER

Counsel for Defendant Hubert Moore Lumber Company, Inc. is ordered to provide a written report as to the status of the bankruptcy proceedings. The report must be filed by no later than July 28, 2014.

**SO ORDERED**, this 21st day of July, 2014.

　　　　　　　　　　　　　　　　*s/ Hugh Lawson*
　　　　　　　　　　　　　　　　**HUGH LAWSON, SENIOR JUDGE**

aks